```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 12260
   CONFESOR CASTRO
   MARIBEL GUZMAN                              CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6512     SSN XXX-XX-7014

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/10/2007 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 08/30/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
BENEFICIAL FINANCE CO    CURRENT MORTG         .00         .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00         .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE     3825.80         .00            .00
DRIVE FINANCIAL SERVICES SECURED VEHIC    22280.67         .00            .00
DRIVE FINANCIAL SERVICES UNSECURED          227.14         .00            .00
DRIVE FINANCIAL SERVICES NOTICE ONLY     NOT FILED         .00            .00
DRIVE FINANCIAL          NOTICE ONLY     NOT FILED         .00            .00
JL FATHER & SON          UNSECURED       NOT FILED         .00            .00
TIDEWATER MOTOR CREDIT   UNSECURED          9146.48        .00            .00
FREEDMAN ANSEIMO LINDBER NOTICE ONLY     NOT FILED         .00            .00
TIDEWATER MOTOR CREDIT   SECURED NOT I   12527.48         .00            .00
BENEFICIAL FINANCE CO    SECURED NOT I     706.44         .00            .00
TIMOTHY K LIOU           DEBTOR ATTY         .00                           .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        --------------         --------------
TOTALS                      .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/13/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE