```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12260
    CONFESOR CASTRO
    MARIBEL GUZMAN                          CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-6512    SSN XXX-XX-7014
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/10/07 and confirmed on 11/16/07.

2. The case was dismissed after confirmation, 10/03/2008.

3. The Debtor paid a total of $ 23537.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 19521.97 | .00 | 19521.97 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 3825.80 | .00 | .00 |
| BENEFICIAL | SECURED | 20145.00 | .00 | 593.35 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | 22280.67 | 390.91 | 1818.63 |
| JL FATHER AND SON | UNSECURED | NOT FILED | .00 | .00 |
| TIDEWATER CREDIT | UNSECURED | 12527.48 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | 227.14 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 65773.44 | .00 | 12754.62 | .00 | 78528.06 |
| PRINCIPAL PAID | 21933.95 | .00 | .00 | .00 | 21933.95 |
| INTEREST PAID | 390.91 | .00 | .00 | .00 | 390.91 |
| TOTAL PAID | 22324.86 | .00 | .00 | .00 | 22324.86 |

The Debtor's attorney, TIMOTHY K LIOU           , was allowed $   3500.00 and was paid $   2339.80  direct and $      .00  through the plan.

The Trustee received $   1212.14 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/20/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
  CASE NO. 07 B 12260 CONFESOR CASTRO & MARIBEL GUZMAN
```